# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DENISE CRAYTON,<br><br>              Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 15-03550 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Denying Request for Remand and Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:  September 22, 2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE